**State of Vermont**
**Superior Court—Environmental Division**

===========================================================================

# E N T R Y  R E G A R D I N G  M O T I O N

===========================================================================

**In re Roystan Ridge Extraction Permit**                                    **Docket No. 121-7-10 Vtec**
**(Appeal from Town of Newbury DRB)**

Title:  Requests for an abbreviated and delayed trial schedule (Filings No. 8 and 9)

Filed:  November 26, 2012, and January 31, 2013.

Filed By:  Appellant Sandra J. Soseos

Response: None


 X  Granted (in part)                    X  Denied (in part)                    ___ Other

On November 26, 2013, Appellant Sandra Soseos wrote by letter to the Court, requesting that the trial be scheduled on an abbreviated basis, specifically for no more than two half days in a row, with a day of recess before any additional half days of trial are scheduled.  A party has estimated that the de novo trial in this appeal will take three full days.

Appellant Soseos infers that her request is made necessary, due to a medical condition, although she confesses that she presently has no primary care physician, but promises to follow her request with medical records and a doctor's note.  The Court, however, has not received any substantiation of Appellant's medical claims.

Without substantiation, we cannot grant Appellant's request.  The Court will conduct this trial according to its usual practices: we will begin at 9:00 AM and conclude each day by 4:30 PM.  During the trial, we will take a lunch-time break of one hour and 15-minute breaks during each morning and afternoon session of trial.  We do not anticipate any individual trial session lasting longer than two hours before each break.  We hope and expect that this schedule will allow Appellant Soseos to participate to the extent that she wishes.

Pursuant to Appellant Soseos's request and Applicants' agreement, the Court will delay this trial until October, 2013.  The Court requests that, no later than April 1, 2013, each party provide a written list of the days they will not be available during the month of October, 2013.


_____                    _____February 6, 2013_____
            Thomas S. Durkin, Judge                                              Date

===========================================================================

Date copies sent: _____                                    Clerk's Initials: _____
Copies sent to:
    Attorney Colin Robinson for Appellees James B. Roystan and Alma Roystan
    Appellant Sandra J. Soseos
    Attorney Gavin A. Reid for Interested Person Town of Newbury